1088

In the Matter of Harry Rosin, Appellant, against Joseph D. McGoldrick, as Commissioner and State Rent Administrator of the New York Temporary State Housing Rent Commission, et al., Respondents.— Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See *ante*, p. 1080.]

In the Matter of J. Milton Smith, Admitted as John Milton Smith, for an Order to Vacate or Modify an Order of Disbarment. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ.

Edwin R. La Vin, Appellant, v. Russell C. La Vin et al., Defendants, and Sanford Hotel Corp., Respondent.— Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ. [See *ante*, p. 873.]

Charles H. Stoll, Respondent, v. Joseph H. Bergold et al., Appellants.— Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See *ante*, p. 1012.]

Pauline Baum, Respondent, v. Hadassa Crosfield, Appellant.— The addition of furniture to an unfurnished apartment does not create a new and different housing accommodation. Therefore, the landlord may not collect more than the established maximum rent for the housing accommodation unfurnished unless and until such an order is issued by the rent administrator. The collection of any amount over the established maximum rent prior to the issuance of any such order by the administrator represents an overcharge. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [280 App. Div. 805.]